465 A.2d 633

**In re Appointment of Matthew PETRICCA To Vacancy on Board of School Directors for the Burgettstown Area School District.**

**Appeal of Matthew PETRICCA.**

Supreme Court of Pennsylvania.

Argued Sept. 12, 1983.

Decided Sept. 20, 1983.

Peter M. Suwak, Washington, for appellant.

Robert N. Clarke, Washington, for Barry Phillips.

George K. Hanna, Washington, Sol., for Burgettstown Area School Dist.

James Liekar, Canonsburg, for unsuccessful candidate Robert Brown.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

Order of appointment affirmed.